NDFL Prob 35  
(1/92)

Report and Order Terminating  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                                  Crim. No. 1:99CR30-004

GREGORY ANTHONY MILLER

On June 13, 2003, Gregory Anthony Miller was placed on Supervised Release for a period of Five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

_____  
Edward A. Emery  
Sr. U. S. Probation Officer

FILED 06 JUN 16 PM 4:00

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _15TH_ day of _June_, 20_06_.

_____  
Maurice M. Paul  
Senior United States District Judge